In re NEW YORK JUVENILE ASYLUM. (Supreme Court, Appellate Division, First Department. February 21, 1902.) In the matter of the New York Juvenile Asylum. R.

Goeller, for appellant. E. D. Warner and C. A. O'Neil, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.